IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE M. RICHARDSON,

    Plaintiff,

vs.                                        Case No.: 4:08cv214-SPM/WCS

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation. (doc. 11) The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been filed.

On May 15, 2008, the Magistrate Judge issued an order instructing Plaintiff to file an amended Complaint that complies with the Local Rules of this district and that presents allegations sufficient to state a cause of action under relevant law. (doc. 10) In the order, the Magistrate Judge advised Plaintiff that among other things, Plaintiff may not make conclusory allegations with no factual support. Additionally, with respect to the form of the Complaint, the Magistrate Judge directed Plaintiff to present all of his allegations in numbered paragraphs,

with clear and concise statements of fact concerning each defendant. Furthermore, in that order, Plaintiff was warned that failure to comply with the order may result in a recommendation of dismissal of this action.

Plaintiff failed to amend his Complaint as ordered. As a result, the Magistrate Judge has recommended that Plaintiff's case be dismissed without prejudice. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 11) is **adopted** and incorporated by reference in this order.

2. This case is **dismissed without prejudice** for Plaintiff's failure to comply with a court order and his failure to state a claim upon which relief may be granted.

DONE AND ORDERED this sixth day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge